UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Company, L.P.

                              Plaintiff,

- against -

RENEE DALHOUSE,

                              Defendant.

-------------------------------------------------------------x

ORIGINAL

01 CV 7105 (CPS)(CLP)

FILED

SATISFACTION OF JUDGMENT

* AUG 17 2005

BROOKLYN OFFICE

**WHEREAS,** Plaintiff commenced this action against, inter alia, Defendant, RENEE DALHOUSE, for relief under the Communications Act of 1934, as amended, Title 47, United States Code, sections 553(a)(1) and 605(a); and

**WHEREAS,** on February 13, 2003, the Court entered Judgment against RENEE DALHOUSE in the amount of $6,195.50, which judgment was transcribed with the County Clerk of Queens County, New York on August 10, 2004; and

**WHEREAS,** plaintiff being desirous to discharge said judgment because RENEE DALHOUSE has fully satisfied the obligations to plaintiff under said judgment; and

**ACKNOWLEDGED,** that defendant RENEE DALHOUSE has fully satisfied said judgment, and said judgment may be discharged as having been satisfied, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said judgment.

                                                 LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

                                                 By: _____

                                                 Michael D. Cassell, Esq.
                                                 350 Jericho Turnpike
                                                 Jericho, NY 11753

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

On the 15th day of August in the year 2005, before me, the undersigned, personally appeared Michael D. Cassell personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

PATRICK J. SULLIVAN
Notary Public, State of New York
No. 02SU5063418
Qualified in Nassau County
Commission Expires July 22, 2006

                                                 Notary Public

## LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
### A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL▪
MELINDA MAY DUS
MICHAEL G. McALVIN⁕

WILLIAM B. JUNG, LLC▲
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
▪ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN SOUTH CAROLINA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ AUG 17 2005
BROOKLYN OFFICE

August 8, 2005

<u>*Via First Class Mail & ECF:*</u>
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Time Warner Cable of New York City v. Renee Dalhouse</u>
   <u>Case No: 01 Civ. 7105 (CPS)(CLP)(E.D.N.Y.)</u>

Dear Sir or Madam:

This firm represents the plaintiff, Time Warner Cable of New York City, in the above-referenced action.

Enclosed please find one original and one courtesy copy of plaintiff's Satisfaction of Judgment regarding defendant Renee Dalhouse. Please record this document and forward a stamped/filed copy to my attention. For your convenience, a self-addressed stamped envelope has been provided for the return of the requested documents.

If you have any questions or need additional information, please contact Michael D. Cassell, Esq., of this office. Thank you for your courtesy in this matter.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Susan A. Weindler
Paralegal

Enclosures

cc:   David Namm, Esq. *(with enclosures)*